UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY DUNHAM, an individual,

      Plaintiff,

v.                              Case No.: 8:21-cv-01381-VMC-AAS

VOLTAIRE MOTORS, LLC,
a Florida limited liability company and
WIDMAER VOLTAIRE, an individual,

      Defendants.
_____/

## PLAINTIFF'S RESPONSE TO ORDER

The undersigned attorney, as counsel for NANCY DUNHAM ("Plaintiff"), hereby files this Response to this Court's Order entered June 24, 2021, which stated:

> The complaint does not identify any relevant events that took place in this district, or otherwise explain why the case should be brought here. Accordingly, Ms. Dunham is directed to show cause by July 9, 2021, why this matter should not be dismissed or transferred to the Southern District of Florida.

Plaintiff, by and through the undersigned, responds to this Court's order via filing of an Amended Complaint contemporaneously with this Response. Plaintiff's Amended Complaint includes the following changes and/or additions to the allegations:

    a.    Defendants hired Plaintiff via telephone (p.7);

    b.    Plaintiff performed all work from her home in Pinellas County (p.7);

    c.    Plaintiff acted as an authorized buying representative in Pinellas County (p.8);

    d.    Plaintiff's job duties included soliciting customers in Pinellas County (p.9);

    e.    Plaintiff worked approximately 400 hours for Defendants from her home (p.10);

    f.    Plaintiff purchased used cars remotely from her home in Pinellas County (p. 31);

      g.      Plaintiff's primary job was to purchase of automobiles being moved via interstate commerce for buyers in the Tampa Bay area (p.31).

The undersigned, on behalf of Plaintiff, believes that these changes should sufficiently address this Court's concerns, and will proceed with service of the Amended Complaint unless further Order from this Court.

Respectfully submitted on June 28, 2021.

/s/ Kimberly Isner Monticello
KIMBERLY ISNER MONTICELLO
Florida Bar No.: 056069
Monticello Law Firm, PA.
2202 N. Westshore Blvd., Suite 200
Tampa, Florida 33607
Telephone: (813) 367-3677
Facsimile: (855) 767-5734
kim@monticellolawfirm.com
Attorney for Plaintiff, NANCY DUNHAM