## *LAW OFFICES OF ROBERT GUERRIER, P.A.*
## *ATTORNEY & COUNSELOR AT LAW*

1818 S Australian Avenue, Suite 406    Tel. (561) 822-3701
West Palm Beach, Florida 33409          Email: robertguerrierattorney@yahoo.com

March 2, 2021

*Sent via Email kmonticello@monticellolawfirm.com*
*& Sent via U.S. mail first class*

Kim Isner Monticello, Esquire
2202 N. Westshore Blvd., Suite 200
Tampa, Florida 33060

Dear Ms. Monticello:

      This correspondence will serve as my notice as to the representation of Widmaer Voltaire and Voltaire Motors, LLC.  This correspondence is a response to your correspondence dated February 01, 2021.  Please note that I will not address your correspondence line-by-line because I do not think that it is necessary to do so and frankly it would take too much time.

      Since you had the opportunity to check, I am sure that you found out that Mr. Voltaire runs a legitimate business and it will not take Ms. Dunham to destroy it.  Since your correspondence said that you are representing Ms. Nancy Dunham, I will inform you, without hesitation, that Mr. Voltaire has no business dealings with Nancy Dunham.  And if you have something, i.e., evidence to the contrary, I am looking forward to examining it.  Additionally, you said that Nancy Dunham paid for vehicles that Mr. Voltaire failed to deliver to either Dunham or her clients.  When was it that Ms. Dunham purchased those vehicles and how?  And who are the clients?  As of writing this response, no one has come forward, except a Ms. Hines, who subsequently decided to extricate herself from their shady dealings.  I will further address Ms. Hines later in this correspondence.

      Additionally, you demanded the sum of $60,534.00 from Mr. Voltaire.  You said that Ms. Dunham "forwarded approximately sixty thousand dollars ($60,000.00)" to Mr. Voltaire as payment for five automobiles that he failed to deliver.  You alleged that Ms. Dunham purchased a 2010 Lexus, a 2009 Jaguar, a 2015 Mercedes Benz, an Audi, which you failed to state what year, and a black Honda.  Since you are alleging that Ms. Dunham paid $60,534.00 to Mr. Voltaire, I am certain that Ms. Dunham has proof of payments.  The vehicles that you

alleged that Ms. Dunham purchased is contrary to the facts and simply a figment of her imaginations.

Nonetheless, there is only one thing that we can, partly, agree that you alleged in your correspondence, which is the fact that a Grey 2014 Audi S5, which was purchased AS IS and the 2015 Honda Accord, which was purchased AS IS.  For your records both vehicles were purchased by Marquez Tereon Brown.  The issue arose with Mr. Brown and those two vehicles because the IRS Form 8300 have been provided to the Internal Revenue Service.  When a vehicle is purchased for more than $10.000.00 the IRS Form 8300 is mandatory. And that the IRS Form 8300 is sent by the Auction House where the licensed individual purchased the vehicle.  Additionally, in order to transfer the vehicle, the owner's information, identification, must be provided by law.  Therefore, Voltaire Motors LLC cannot transfer title to individual owner without the owner providing his/her personal information.  Additionally, the owner is responsible for the fees in order to transfer the vehicle.  In your correspondence you simply said that the 2014 Grey Audi was purchased for $13,000.00.  Nonetheless, you did not say what fees were paid and when were the fees paid and by whom for that vehicle to be transferred its owner?  And if Ms. Dunham is the owner, she never presented herself as such.   When did Ms. Dunham paid the transfer fees?

As to the 2015 Honda Accord, Mr. Brown failed to pay the purchased price of the vehicle.  The amount listed in your letter dated February 1, 2021, is incorrect.  If you have proof of this payment, please send us a copy.  Additionally, we are interested in finding out when this payment or payments were made?  The vehicle was purchased by Mr. Brown.  Moreover, Mr. Brown has not provided Voltaire Motors LLC., the information for the owner of this vehicle and has not fully paid for this transaction to be completed.   Mr. Brown provided, and a Ms. Annette Hines present herself as the would-be owner of this vehicle.  Later in the transaction she called Mr. Voltaire and informed him that she did not want to be ensnared in Mr. Brown's mess.   Therefore, she no longer wanted this vehicle to be transferred to her.

As to a 2010 Lexus, 2009 Jaguar and a 2015 Mercedes-Benz, if you have proof of Mr. Brown purchasing these vehicles, we will gladly entertain a conversation as to same.  Moreover, if you have proof of when the payments were made, please send us a copy.

As the second part of your letter which states that Mr. Voltaire failed to pay Ms. Dunham minimum wage "for the hours she worked for Voltaire Motors, LLC., in violation of the Fair Labor Standards act ("FLSA"), 29 U.S.C. Section 201, et seq." Please forgive me for not delving into this matter in this response because I believe it is futile to do so where Mr. Voltaire had no relationship with Ms. Dunham.  Therefore, to say that she was employed by Voltaire Motors LLC

is without foundation. Additionally, I will not go into Section 772.11, Florida Statutes. We will agree that the law is the law.

Lastly, as I have said at the top of this correspondence, my clients operate a legitimate business. Problem arose with Mr. Marquez Tereon Brown. This is not the first time that Mr. Voltaire had issues with Mr. Brown and the way he is doing business. We believe that Mr. Brown was laundering money through my client's business, which is unacceptable. My client stands ready to file a complaint against Mr. Brown through Law Enforcement. He was warned on many occasions to earmark any sum deposited by him and to deposit this money by checks. Mr. Brown purchased vehicles with cash. Mr. Brown was not told what vehicle or vehicles to purchase. Mr. Brown did not have to purchase any vehicle at all. Mr. Voltaire did not have any conversation with him prior to him purchasing these vehicles. Additionally, my clients do not know what profit he is making on these vehicles. He was warned on many occasions that he must provide identification of the owner for any vehicle purchased by him.

To conclude, your effort at a resolution, whereby you are demanding $129,960.00 from my clients, is a non-starting point and without reason. If the effort was one within reason, I would have said that there is a possibility of us resolving this matter.

Best regards,

*/s/Robert Wellington Guerrier*
Robert Wellington Guerrier, Esquire
Attorney & Counselor at Law
RWG/ef
cc:   Voltaire Motors LLC.