

**Wells Fargo**
P.O. Box 5106
Sioux Falls, SD 57117-5106
www.wellsfargo.com

November 5, 2020

000436 L2DISG11
NANCY DUNHAM
1921 19TH ST S
SAINT PETERSBURG, FL 33712-3222



Claim: 248977124
Transaction Amount: $9,699.00
Transaction Date: August 27, 2020

Subject: Update for your claim

Dear NANCY DUNHAM:

We are writing to update you with the current status of your claim referenced above. We are committed to addressing your concerns.

**Our research**

As part of our claims process, we are required to determine if there was any error on our part in the processing of this payment. Based on the information provided in your claim, our research has confirmed that this payment was processed with no error on our part. You have the right to request copies of documents we used to make our determination. To request copies of the documents, please contact us using the methods below, and have your claim number 248977124 available.

**Next steps**

Although the transaction was processed as instructed, we want to help with the issue you reported in your claim. We will send you notices by U.S. Mail to update you on our progress.

Since your payment has been processed, we are unable to cancel or edit the payment. In order to help you, we may take some of the following steps to service your claim:

- Attempt to contact any other financial institutions involved
- Provide a financial institution with information they need to locate a transaction
- Attempt to contact you by phone if we need more information
- Confirm the posting of any online transactions between your Wells Fargo accounts

If you have questions, please click "Contact Us" at the top of any Online Banking screen to send us an email. Or, you can call us Monday through Friday from 6:00 a.m. to 5:30 p.m. Pacific Time at 1-877-329-7736.

Thank you. We appreciate your business.

Online Claims
Wells Fargo

**EXHIBIT C TO AMENDED COMPLAINT**

4b77ecee1fa011eb8cab8daea13473f24947

MMC_L_NO_BANK_ERROR



**Wells Fargo**
P.O. Box 5106
Sioux Falls, SD 57117-5106
www.wellsfargo.com

October 30, 2020

000080  L2DISG05
NANCY DUNHAM
1921 19TH ST S
SAINT PETERSBURG, FL 33712-3222

Claim:                 248977124
Transaction Amount:    $9,699.00
Transaction Date:      August 27, 2020

Subject: Update for your claim

Dear NANCY DUNHAM:

We have received your claim regarding the online transaction of $9,699.00. Please be assured that we are looking into the matter thoroughly, and will keep you informed of our progress.

If you have questions, please click "Contact Us" at the top of any Online Banking screen to send us an email. Or, you can call us Monday through Friday from 6:00 a.m. to 5:30 p.m. Pacific Time at 1-877-329-7736. Please have your claim number 248977124 available.

Thank you. We appreciate your business.

Online Claims
Wells Fargo

**EXHIBIT C TO AMENDED COMPLAINT**

701fab7e1abc11ebbec7a0d80277c15a3524                                                    MMC_L_STNRD

[Sent from Yahoo Mail on Android](#)

----- Forwarded Message -----
**From:** "Wells Fargo Online" <alerts@notify.wellsfargo.com>
**To:** "likeulikeit2002@yahoo.com" <likeulikeit2002@yahoo.com>
**Sent:** Sat, Aug 29, 2020 at 1 22 PM
**Subject:** You sent money with Zelle

### WELLS FARGO

## You sent money with Zelle®

You sent money to Voltaire. Here are the details:

| | |
|---|---|
| **Date** | 08/29/2020 |
| **From account** | XXXXXX0749 |
| **Amount** | $44.00 |
| **Fee** | $0.00 |
| **Confirmation code** | RP08R2VP8T |

Voltaire will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

**wellsfargo.com**   |   Security Center

**Please do not reply to this automated email.** Sign on to send a secure email.

Transactions typically occur in minutes when the recipient's email address or U.S. mobile number is already enrolled with *Zelle*. Available to almost anyone with a U.S.-based bank account. For your protection, *Zelle* should only be used for sending money to friends, family, or others you know and trust. Sending money with *Zelle* is similar to making a payment in cash. Your mobile carrier's message and data rates may apply.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

a158ecf1-56b5-4c4d-8039-7e9822f244b8

**EXHIBIT C TO AMENDED COMPLAINT**

L

Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "Wells Fargo Online" <alerts@notify.wellsfargo.com>
To: "likeulikeit2002@yahoo.com" <likeulikeit2002@yahoo.com>
Sent: Sat, Aug 29, 2020 at 1 22 PM
Subject: You sent money with Zelle

WELLS FARGO

## You sent money with Zelle®

You sent money to Voltaire. Here are the details:

| | |
|---|---|
| **Date** | 08/29/2020 |
| **From account** | XXXXXX0749 |
| **Amount** | $44.00 |
| **Fee** | $0.00 |
| **Confirmation code** | RP08R2VP8T |

Voltaire will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

wellsfargo.com    |    Security Center

Please do not reply to this automated email. Sign on to send a secure email.

Transactions typically occur in minutes when the recipient's email address or U.S. mobile number is already enrolled with *Zelle*. Available to almost anyone with a U.S.-based bank account. For your protection, *Zelle* should only be used for sending money to friends, family, or others you know and trust. Sending money with *Zelle* is similar to making a payment in cash. Your mobile carrier's message and data rates may apply.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

a158ecf1-56b5-4c4d-8039-7e9822f244b8

**EXHIBIT C TO AMENDED COMPLAINT**

L

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Wells Fargo Online" <alerts@notify.wellsfargo.com>
**To:** "likeulikeit2002@yahoo.com" <likeulikeit2002@yahoo.com>
**Sent:** Sat, Sep 26, 2020 at 9 30 AM
**Subject:** You sent money with Zelle

**WELLS FARGO**

## You sent money with Zelle®

You sent money to Voltaire. Here are the details:

| | |
|---|---|
| **Date** | 09/26/2020 |
| **From account** | XXXXXX0749 |
| **Amount** | $2,000.00 |
| **Fee** | $0.00 |
| **Confirmation code** | RP08WZSZH3 |

Voltaire will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

wellsfargo.com        |        Security Center

**Please do not reply to this automated email.** Sign on to send a secure email.

Transactions typically occur in minutes when the recipient's email address or U.S. mobile number is already enrolled with *Zelle*. Available to almost anyone with a U.S.-based bank account. For your protection, *Zelle* should only be used for sending money to friends, family, or others you know and trust. Sending money with *Zelle* is similar to making a payment in cash. Your mobile carrier's message and data rates may apply.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

be461a88-d4ca-4662-8656-2e3b88a81fd2

**EXHIBIT C TO AMENDED COMPLAINT**



Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "Wells Fargo Online" <alerts@notify.wellsfargo.com>
To: "likeulikeit2002@yahoo.com" <likeulikeit2002@yahoo.com>
Sent: Sat, Sep 26, 2020 at 9 30 AM
Subject: You sent money with Zelle

**WELLS FARGO**

## You sent money with Zelle®

You sent money to Voltaire. Here are the details:

| | |
|---|---|
| **Date** | 09/26/2020 |
| **From account** | XXXXXX0749 |
| **Amount** | $2,000.00 |
| **Fee** | $0.00 |
| **Confirmation code** | RP08WZSZH3 |

Voltaire will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

wellsfargo.com   |   Security Center

Please do not reply to this automated email. Sign on to send a secure email.

Transactions typically occur in minutes when the recipient's email address or U.S. mobile number is already enrolled with *Zelle*. Available to almost anyone with a U.S.-based bank account. For your protection, *Zelle* should only be used for sending money to friends, family, or others you know and trust. Sending money with *Zelle* is similar to making a payment in cash. Your mobile carrier's message and data rates may apply.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

be461a88-d4ca-4662-8656-2e3b88a81fd2

**EXHIBIT C TO AMENDED COMPLAINT**



5:13

**Voltaire**
last seen today at 4:10 PM

OCTOBER 14, 2020

*This message was deleted* 1:14 PM

*This message was deleted* 1:14 PM

Missed voice call at 1:15 PM

Ok. 7,843 and not 7690 1:18 PM

Missed voice call at 1:19 PM

Missed voice call at 1:20 PM

Hold on. On hospital call 1:20 PM

U received the 2500 zelle correct 1:28 PM

| | |
|---|---|
| 10/13/20 | $1,000.00 |
| DUKE ENERGY DUKE PYMNT 201013 6522493069 NANCY DUNHAM | |
| 10/13/20 | $164.50 |
| TARGET CARD SRVC AUTO PYMT 201011 00061479110 DUNHAM NANCY A | |
| 10/13/20 | $32.00 |
| WT 201013-224954 BANK OF AMERICA, NE /BNF=VOLTAIRE MOTORS SRF# 0066371287322791 TRN#201013224954 RFB# | |

Type a message



5:13

**Voltaire**
last seen today at 4:10 PM

*This message was deleted* 1:14 PM

*This message was deleted* 1:14 PM

Missed voice call at 1:15 PM

Ok. 7,843 and not 7690 1:18 PM

Missed voice call at 1:19 PM

Missed voice call at 1:20 PM

Hold on. On hospital call 1:20 PM

U received the 2500 zelle correct 1:28 PM

| | |
|---|---|
| 10/13/20 | $1,000.00 |
| DUKE ENERGY DUKE PYMNT 201013 6522493069 NANCY DUNHAM | |
| 10/13/20 | $164.50 |
| TARGET CARD SRVC AUTO PYMT 201011 00061479110 DUNHAM NANCY A | |
| 10/13/20 | $32.00 |
| WT 201013-224954 BANK OF AMERICA, NE /BNF=VOLTAIRE MOTORS SRF# 0066371287322791 TRN#201013224954 RFB# | |
| 10/13/20 | $5,190.00 |
| Category | Electronic Payments |
| PURCHASE AUTHORIZED ON 10/12 CASH APP*KRYSTAL D 8774174551 CA S580287011795916 CARD 8111 | |
| 10/13/20 | $270.00 |
| PURCHASE AUTHORIZED ON 10/12 CASH APP*MARIA | |

1:28 PM

Call 1:34 PM

Type a message

# WELLS FARGO

## Pending Transactions

No pending transactions meet your search criteria. Please try again.

## Posted Transactions

| | |
|---|---|
| ZELLE TO VOLTAIRE ON 10/14 REF #RP0929JMGZ ANOTHER 2500 TOWARDS THE 7843 OWED FOR LEX | |
| 10/14/20 | $2,500.00 |
| WT 201013-224954 BANK OF AMERICA, NE /BNF=VOLTAIRE MOTORS SRF# 0066371287322791 TRN#201013224954 RFB# | |
| 10/13/20 | $5,190.00 |
| ZELLE TO VOLTAIRE ON 09/26 REF #RP08WZSZH3 | |
| 09/28/20 | $2,000.00 |
| ZELLE TO VOLTAIRE ON 09/24 REF #RP08WQ6RG8 | |
| 09/24/20 | $1,555.00 |
| ZELLE TO VOLTAIRE ON 09/23 REF #RP08WJNXXM TRANSPORT HONDA TX | |
| 09/23/20 | $600.00 |
| ZELLE TO VOLTAIRE ON 08/29 REF #RP08R2VP8T | |
| 08/31/20 | $44.00 |
| ZELLE TO VOLTAIRE ON 08/27 REF #RP08QNKV46 | |
| 08/27/20 | $500.00 |

‹ Previous          Next ›

EXHIBIT C TO AMENDED COMPLAINT



**BANK OF AMERICA**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

Tran 00012   09/20/2020
Entity NFL  CC 0009081 Tlr 0000
Account    ********3647
R/T# 540590135
Deposit               $4,500.00

IntRef      12011538W737WWW0C12

Member FDIC
95-14-2005B   03-2019

---

**BANK OF AMERICA**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

Tran 00088    09/21/2020
Entity NFL   CC 0109770 Tlr 00007
Account      *********3647
R/T# 540590135
Deposit              $7,900.00

IntRef      12011538W737WWW0C12

Member FDIC
95-14-2005B   03-2019

---

**BANK OF AMERICA**  
Customer Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

Tran 00043    09/22/2020   11:40
Entity NFL   CC 0007449 Tlr 00002
Account      *********3647
R/T# 540590135
Deposit              $6,300.00

**EXHIBIT C TO AMENDED COMPLAINT**

IntRef      12011538W737WWV9C212

Member FDIC
95-14-2005B   03-2019

## BANK OF AMERICA

**Customer Receipt**

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
Tran 001760   09/24/2020      15:31
Entity NFL   CC 0109292 Tlr 00007
Account            *******3647
R/T# 540590135
Deposit                       $6,485.00

IntRef           120T1T53JH737VAVC958A8
```

Member FDIC
95-14-2005B  03-2019

---

## BANK OF AMERICA

**Customer Receipt**

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and more at thousands of convenient ATM locations.

```
Tran 001020   09/22/2020      15:12
Entity NFL   CC 0109103 Tlr 00003
Account            *******3647
R/T# 540590135
Deposit                       $6,370.00

IntRef           120T1T53JH737UAVAV4506
```

Member FDIC
95-14-2005B  03-2019

EXHIBIT C TO AMENDED COMPLAINT

# Wire Transfer Services
## Outgoing Wire Transfer Request

**WELLS FARGO**

| Today's Date: | | | Wells Fargo Reference Number: |
|---|---|---|---|
| 10/13/2020 | | | FW00663712287322791 |
| Banker Name: | | | Officer/Portfolio Number: |
| DYLAN CAMPBELL | | | A9159 |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
| 727/345-1633 | 10856 | 0066371 | Z0264-010 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

### Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| NANCY A DUNHAM | | | 1921 19TH ST S | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | | | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | D550-621-78-768-0 | | SAINT PETERSBURG | FL |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| FL | 02/01/2019 | 07/28/2028 | 33712-3222 | US |
| | | | Home Phone: | Business Phone: |
| | | | 727/710-6676 | |

### Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0066371 | $5,190.00 | 9736320749 | 00287 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| Voltaire Motors | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 063100277 | |
| Purpose of Funds: | Name/Address Line 3: |
| | Pompano Beach, FL, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| final balance owed lexus rx350 2010 | |

**Customer Copy**

EXHIBIT C TO AMENDED COMPLAINT

WTR6603 (2-20 SVP)

Page 1 of 4

# NANCY A DUNHAM

**WELLS FARGO**

## A customized summary of your visit

**October 13, 2020**

### What's important to you?

Learn more tips at www.wellsfargo.com/financial-health to continue your financial health journey.

### What we discussed with you today

Please refer to the Fee & Information Schedule along with any additional disclosures you may have received today for full details, including any fees, for the products or services you requested today. If you need a copy of these materials, please ask a banker.

- Manage

*Convenient access when you need it:*
- More than 13,000 ATMs
- More than 5,500 branches
- Wells Fargo Online® wellsfargo.com

You can make an appointment to meet with a banker at wellsfargo.com/appointments

You can also talk to a banker at 1-800-869-3557 24 hours a day, 7 days a week

**Thank you for being our customer**

**Create Wire**

Together we set up your wire transfer. If you have any additional questions, please contact me at the number listed below.

**Banker:** DYLAN CAMPBELL
**Phone:** 727/345-1633
**Banker Email:** dylan.campbell@wellsfargo.com
**Manager:** HELENA KULJANAC
**Phone:** 727/954-1902
**Manager Email:** helena.kuljanac@wellsfargo.com
**Bank Name:** PASADENA
**Street:** 1101 PASADENA AVE S
**City:** SOUTH PASADENA
**State:** FL       **ZIP/Postal Code:** 33707

---

I confirm I received and agree with the information on Customized Summary.
Customer Name
NANCY A DUNHAM

Customer Signature

☐ Customer is unable to sign   Date: 10/13/2020

Page 1 of 2
MKT2073 (SVP 2-20)

**EXHIBIT C TO AMENDED COMPLAINT**



*Together we'll go far*

Wire Transfer Services Outgoing Wire Transfer Request

**Beneficiary Bank** (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: |
|---|---|---|
| 026009593 | | BANK OF AMERICA, N.A., NY |

| Beneficiary Bank Address: | City: | State: |
|---|---|---|
| | NEW YORK | NY |

Additional Instructions:

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

## Customer Signature

Originator Name
NANCY A DUNHAM

Originator Signature
[redacted]

☐ Submit manually
☐ Signature not required

Date: 10/13/2020

EXHIBIT C TO AMENDED COMPLAINT

Customer Copy

WTR6603 (2-20 SVP)

# BANK OF AMERICA

Thank you for banking with us today.

**Here are the details of your Check Deposit transaction on 10/15/2020**

| | |
|---|---|
| Account: | BUSINESS ADVANTAGE CHK DDA 3647 |
| Total check amount: | $2,843.00 |
| Transaction amount: | $2,843.00 |
| Transaction posts on: | 10/15/2020 |

| | |
|---|---|
| Check Included: | $2,843.00 |
| Number of checks: | 1 |
| Location: | 2145 34th St N |
| | Saint Petersburg, FL  33713-3609 |
| Associate: | 075 0109303 700 003 |

Please save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the terms of your account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until the next business day we're open.

**Visit bankofamerica.com to learn more about how you can receive money fast through electronic payment methods like direct deposit, Zelle®, ACH and wires.**

Zelle® and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under license. Terms and conditions apply.

## EXHIBIT C TO AMENDED COMPLAINT

Bank of America: Proprietary, Confidential, Copyright 2020.  Bank of America Work Product