## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:21-CV-01381-VMC-AAS

Plaintiff:
**NANCY DUNHAM an individual**

vs.

Defendant:
**VOLTAIRE MOTORS, LLC, a Florida Limited Liability Company, and WIDMAER VOLTAIRE, an individual**

For:
Kimberly Isner Monticello
Monticello Law Firm, PA
2202 N. Westshore Blvd.
Suite 200
Tampa, FL 33607

Received by David Amisial on the 18th day of June, 2021 at 2:21 pm to be served on **WIDMAER VOLTAIRE, 500 East McNab Road, Apartment 6, POMPANO BEACH, FL 33060**.

I, David Amisial, do hereby affirm that on the **8th day of July, 2021** at **7:03 pm**, I:

**INDIVIDUALLY SERVED** the above named person with a true copy of this **Summons and Amended Complaint and EXHIBITS A, B, and C to Amended Complaint** with the date and hour of service endorsed thereon by me, at the address of **2301 NE 14TH ST, 303W, POMPANO BEACH, FL 33062** after informing said person of the contents of the matter thereof in accordance with State Statutes.

**Military Status:** Based on the conversation with the person accepting service, the defendant is [NOT] in the Military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Additional Information pertaining to this Service:**
6/23/2021 8:04 pm Attempted service at 500 E. McNab Road, Apartment 6, POMPANO BEACH, FL 33060, SERVEE IS UNKNOWN. ACCORDING TO THE TENANT SINCE JANUARY OF 2021, LUCAS PEIXOTO, THE REGISTERED AGENT/ COMPANY ARE UNKNOWN TO HIM. DESCRIPTION: (30'S WHITE MALE).
7/8/2021 3:19 pm Attempted service at 631 NE 27TH ST, POMPANO BEACH, FL 33064, NOT IN. THE FRONT DOOR WAS LOCKED. SERVER KNOCKED NO ANSWER. NO ONE WAS IN THE OFFICE UPON VISUAL INSPECTION.
Located and served at 2301 NE 14TH ST, 303W, POMPANO BEACH, FL 33062

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: Black, Height: 5'6", Weight: 180, Hair: Black, Glasses: N



## RETURN OF SERVICE For 8:21-CV-01381-VMC-AAS

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date: _____

JUL 1 3 2021

**David Amisial**
Special Process Server #940

**FORTRESS INVESTIGATIONS, INC.,**
P.O. Box 15356
Clearwater, FL 33766
(727) 785-7875

Our Job Serial Number: FII-2021000379

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V6.1t