**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NANCY DUNHAM, an individual,**

    **Plaintiff,**

v.                                                               **Case No.: 8:21-cv-01381-VMC-AAS**

**VOLTAIRE MOTORS, LLC,**
a Florida limited liability company and
**WIDMAER VOLTAIRE, an individual,**

    **Defendants.**
_____/

**NOTICE OF SELECTION OF MEDIATOR**
**AND MOTION FOR EXTENSION OF TIME**

Plaintiff NANCY DUNHAM ("Plaintiff"), by and through the undersigned attorney hereby notifies this Court that counsel for both parties have conferred and requested a mediation with Mark Hanley, Esq., for a half day on September 30, 2020, in compliance with this Court's FLSA Scheduling Order dated July 20, 2021.

Although paragraph seven (7) of that Order required the parties to mediate with Mr. Hanley on or before September 27, 2021, the parties selected the only available date in September. As such, Plaintiff, by and through the undersigned, moves this Court for a three (3) day extension of the mediation deadline from September 27, 2021 to September 30, 2021.

Rule 6(b)(1) "Extending Time", Federal Rules of Civil Procedure states:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice of the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants will not be prejudiced because this is a unopposed, if not joint, Motion. Defendant's attorney participated in scheduling the mediation with Mark Hanley, and this Court previously granted Defendants a thirty (30) day extension to serve their Answer to the Complaint.

WHEREFORE, Plaintiff, NANCY DUNHAM, request this Court to grant an extension of the mediation deadline for three (3) days or until September 30, 2021.

Respectfully submitted on August 12, 2021.

/s/ Kimberly Isner Monticello
KIMBERLY ISNER MONTICELLO
Florida Bar No.: 056069
Monticello Law Firm, PA.
2202 N. Westshore Blvd., Suite 200
Tampa, Florida 33607
Telephone: (813) 367-3677
Facsimile: (855) 767-5734
kim@monticellolawfirm.com
Attorney for Plaintiff, NANCY DUNHAM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 12, 2021, I served the foregoing upon the Court and the following via CM/ECF:

Ashwin R. Trehan
Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
ashwin@spirelawfirm.com

/s/ Kimberly Isner Monticello
Attorney