UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NANCY DUNHAM, an individual,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No.: 8:21-cv-01381-VMC-AAS

**VOLTAIRE MOTORS, LLC,**
a Florida limited liability company and
**WIDMAER VOLTAIRE, an individual,**

    **Defendants.**
_____/

## JOINT STIPULATION FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, NANCY DUNHAM and Defendants VOLTAIRE MOTORS, LLC, AND WIDMAER VOLTAIRE, hereby stipulate and agree that Plaintiff shall voluntarily dismiss this matter with prejudice in accordance with Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, which allows Plaintiff to dismiss an action without court order via a stipulation signed by all parties. All parties stipulate and agree to dismissal and respectfully request this Court to instruct the clerk of court to close this case.

    Respectfully submitted on December 14, 2021.

| | |
|---|---|
| /s/ Ashwin Trehan | /s/ Kimberly Isner Monticello |
| ASHWIN TREHAN | KIMBERLY ISNER MONTICELLO |
| Florida Bar No.: 42675 | Florida Bar No.: 056069 |
| Spire Law, LLC | Monticello Law Firm, PA. |
| 2572 W. State Rd. 426, Suite 2088 | 2202 N. Westshore Blvd., Suite 200 |
| Oviedo, Florida 32765 | Tampa, Florida 33607 |
| Telephone: (407) 494-0135 | Telephone: (813) 367-3677 |
| ashwin@spirelawfirm.com | kim@monticellolawfirm.com |
| Attorney for Defendants | Attorney for Plaintiff |

*(Certificate of Service on following page)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2021, I served this document upon the Court and the following via CM/ECF:

Ashwin R. Trehan
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
ashwin@spirelawfirm.com

/s/ Kimberly Isner Monticello
Attorney